■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE EDWARDS, Appellant. [816 NYS2d 397]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered November 5, 2004. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERRY BALL, Appellant. [817 NYS2d 196]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered July 2, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree, attempted aggravated assault upon a police officer, assault in the second degree (three counts) and menacing in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIZABETH M. SHAFFER, Appellant. [817 NYS2d 196]—Appeal from an order of the Genesee County Court (Eric R. Adams, J.), dated January 11, 2005. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.